### THE STATE OF IOWA v. MERCER.

*Appeal from Polk District Court — Friday, January 12.*

ON APPEAL BY THE DEFENDANT IN CRIMINAL CAUSES, THE SUPREME COURT WILL EXAMINE THE RECORD WITHOUT REGARD TO TECHNICAL ERRORS AND DEFECTS, AND RENDER SUCH JUDGMENT AS THE LAW DEMANDS.

THE defendant was indicted for establishing and continuing a nuisance, by the sale of intoxicating liquors, &c.

He was arraigned and interposed the plea of "not guilty." After-

wards he withdrew this and plead " guilty," upon which and the evidence, he was adjudged to pay a fine of fifty dollars and costs, and stand committed until paid. From this the defendant appeals.

*Isaac L. Allen,* Attorney-General, for the State — No appearance for the appellant.

Cole, J. — The defendant makes no appearance, although he is the appellant. But it is provided by Revision, § 4925, " If the appeal was taken by the defendant from a judgment against him, the Supreme Court must examine the record, and without regard to technical errors and defects, which do not affect the substantial rights of the parties render such judgment on the record as the law demands."

In compliance with both the letter and spirit of this section, the judgment of the District Court is

Affirmed.